IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SANFORD LEONARD RYLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 3:22-CV-501-RAH |
| | ) | |
| KENNETH COOK, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on February 27, 2026. (Doc. 116.) Objections to the Recommendation were due on March 13, 2025, and the Recommendation stated that a party making objections "must specifically identify the factual findings and legal conclusions in the Recommendation to which objection is made. Frivolous, conclusive, or general objections will not be considered by the Court." (*Id.* at 41.)

On March 13, 2026, Plaintiff filed a document titled "Motion to Give Notice to the Court," asserting that he was removed from the Russell County Jail on February 5, 2026; jail employees confiscated his legal materials; Defendants failed to comply with the Court's order to send him copies of their summary judgment filings; he was forced to respond to the summary judgment motions without his files; and he objects to being denied counsel because he is a citizen of the United States. (Doc. 117 at 1–3.) Although Plaintiff labeled his filing as a motion, he does not request action by the Court. Thus, the undersigned construes Plaintiff's filing as objections to the Magistrate Judge's Recommendation. However, because Plaintiff failed to specifically identify the Magistrate

Judge's factual findings and legal conclusions to which objection was made, the Court will not consider them.[1]

Further, after an independent review of the record, it is **ORDERED** as follows:

(1)     The Magistrate Judge's Recommendation (doc. 116) is **ADOPTED**;

(2)     Defendants' motion for summary judgment (doc. 96) is **GRANTED**, and Plaintiff's motion for summary judgment (doc. 98) is **DENIED**;

(4)     All pending motions are **DENIED** as moot;

(5)     Counts 1, 2, 3, 5, and 6 of the Amended Complaint are **DISMISSED** with prejudice and Count 4 is **DISMISSED** without prejudice; and

(6)     A final judgment will be entered separately.

**DONE** and **ORDERED**, on this the 17th day of March 2026.

R. AUSTIN HUFFAKER, JR.
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although the Court will not address the merits of Plaintiff's objections, the undersigned notes that he responded to Defendant's summary judgment motion. (Doc. 115.) It is clear from his response that he had reviewed Defendants' summary judgment motions, as he addressed their statement of facts and specific arguments, and Plaintiff made no mention of confiscated documents or the failure to receive Defendants' summary judgment filings when he filed his summary judgment response. (*See id.*)